EXHIBIT 1

IN THE DISTRICT COURT OF OKLAHOMA COUNTY
STATE OF OKLAHOMA

KALEB MATTHEW LAMBERT,

    Plaintiff,

v.

FRONTIER LEASING INC.
and WAYNE ALLEN LITHERLAND,

    Defendants.

Case No. CJ-2021-5313

FILED IN DISTRICT COURT
OKLAHOMA COUNTY

DEC 1 3 2021

RICK WARREN
COURT CLERK

50_____

**PETITION**

COMES NOW the Plaintiff, Kaleb Matthew Lambert and for his cause of action against the Defendants, Frontier Leasing Inc. and Wayne Allen Litherland, alleges and states as follows:

1. On November 11, 2020, Mr. Lambert was driving southbound on S. Bryant.

2. The intersection light at S. Bryant and 29th Street was out of order and was blinking red.

3. As Mr. Lambert approached the intersection, he came to a complete stop and when it was clear and his turn to go, he did so.

4. On November 11, 2020, Wayne Allen Litherland was operating a commercial motor vehicle as was acting in the course and scope of his employment with Frontier Leasing Inc.

5. Frontier Leasing Inc. is a motor carrier with USDOT No. 134600

6. The tractor trailer Defendant Litherland was driving at the time of the crash was owned by Defendant Frontier Leasing Inc.

7. As Defendant Litherland approached the intersection of S. Bryant and 29th Street, he did not stop at the blinking red light, but chose to enter the intersection as if the light was green.

8. Defendant Litherland struck the passenger side of the vehicle driven by Mr. Lambert.

## FIRST CAUSE OF ACTION – NEGLIGENCE AGAINST WAYNE ALLEN LITHERLAND AND FRONTIER LEASING INC.

9. Plaintiff hereby adopts paragraphs 1 through 8 above as stated herein.

10. The collision between Defendant Litherland's semi-tractor trailer and Mr. Lambert's vehicle was caused by the negligence and/or negligence per se of Defendant Litherland. Plaintiff alleges that the injuries sustained by him were directly caused by Litherland's negligence in at least the following respects:

   a. By driving at an unreasonable speed;

   b. In failing to operate his semi-tractor trailer in a safe and prudent manner as a person of ordinary care would have done under the same or similar circumstances;

   c. In failing to keep a proper lookout and proper attentiveness; and

   d. In failing to stop at the blinking red light before entering the intersection.

11. Defendant Litherland and vicariously Frontier Leasing Inc. are guilty of negligence per se for violation of Del City Ordinance 848 11-62 (Failure to Devote Full Time and Attention to Driving).

12. Frontier Leasing Inc. is vicariously liable for the negligence and reckless acts of its employee, Wayne Allen Litherland.

13. As a direct result of the negligence of the Defendants, and each of them, Plaintiff claims damages for an amount in excess of Seventy-Five Thousand Dollars ($75,000). Plaintiff claims damages for physical pain and suffering, past and future; mental pain and suffering, past and future; medical bills incurred, past and future; disfigurement, for the change in Plaintiff's condition before and after this crash, physical impairment, permanent injury, for his lost wages, past and future.

14. The acts and omissions of the Defendant Litherland, were willful, reckless and done in wanton disregard of Mr. Lambert's rights and entitle Plaintiff to punitive damages against the Defendant Litherland in an amount in excess of Seventy-Five Thousand Dollars ($75,000).

WHEREFORE, Plaintiff prays this Court render judgment in favor of Plaintiff and against Defendants, and each of them, for actual damages in an amount in excess of Seventy-Five Thousand Dollars ($75,000), for punitive damages in an amount in excess of Seventy-Five Thousand Dollars ($75,000).

## SECOND CAUSE OF ACTION – NEGLIGENCE, SAFETY VIOLATIONS AGAINST FRONTIER LEASING INC.

15. Plaintiff incorporates all of the facts alleged and stated in paragraph 1 through 14 above as stated herein.

16. Defendant Frontier Leasing Inc. is an active motor carrier with a USDOT No. 134600.

17. Upon information and belief Defendant Frontier Leasing Inc. was negligent in at least the following respects:

   a. By failing to comply with the Federal Motor Carrier Safety Regulations (FMCSR);

   b. In failing to monitor Defendant Litherland's hours of service to ensure compliance with FMCSR requirements;

   c. Failing to ensure Defendant Litherland was not fatigued prior to dispatching; and

   d. Failing to monitor and/or comply with logging hours of duty for Defendant Litherland.

18. Defendant Frontier Leasing Inc. owed a duty of care to Plaintiff and the general public to ensure that their driver and/or agent was suitable for his position as a driver of a commercial vehicle.

19. Defendant Frontier Leasing Inc. had a duty to make sure its drivers, including Defendant Litherland, were qualified to operate safely his commercial motor vehicle in such a way to not harm the public.

20. Defendant Frontier Leasing Inc. had a duty to require Defendant Litherland to comply with the Federal and State Industry Standard Safety Rules.

21. Defendant Frontier Leasing Inc. had a duty to comply with all applicable safety rules, including trucking industry safety standards, Oklahoma traffic laws and Federal Motor Carrier Safety Regulations. Defendant Frontier Leasing Inc. violated some or all of the duties alleged above.

22. The violation of the duties by Defendant Frontier Leasing Inc., was negligence and negligence per se.

23. As a direct result of the negligence of the Defendant Frontier Leasing Inc., Plaintiff has suffered actual damages in an amount in excess of Seventy-Five Thousand Dollars ($75,000).

WHEREFORE, Plaintiff prays for judgment against the Defendant Frontier Leasing Inc., for actual, cost and for such other further relief as the Court may deem just, equitable and proper.

Respectfully Submitted,

STIPE & BELOTE, LLP

James A. Belote, OBA #12558
Jack Stipe, OBA #17965
9400 Broadway Extension, Suite 420
Oklahoma City, OK 73114
P: (405) 607-1790
F: (405) 607-1796
jbelote@stipelawokc.com
jstipe@stipelawokc.com
*Attorneys for Plaintiff*

ATTORNEY LIEN CLAIMED

JURY TRIAL DEMANDED