EXHIBIT 2

IN THE DISTRICT COURT OF OKLAHOMA COUNTY
STATE OF OKLAHOMA

KALEB MATTHEW LAMBERT,

    Plaintiff,

v.

FRONTIER LEASING INC.
and WAYNE ALLEN LITHERLAND.

    Defendants.

Case No. CJ-2021-5313

**SUMMONS**

TO:   FRONTIER LEASING INC.
        5950 GATEWAY DRIVE
        JOPLIN, MO 64804

TO THE ABOVE-NAMED DEFENDANT:

    You have been sued by the above-named Plaintiff, and you are directed to file a written answer to the attached Petition in the Court at the above address within twenty (20) days after service of this summons upon you, exclusive of the day of service. Within the same time, a copy of your answer must be delivered or mailed to the attorney for the Plaintiff.

    Unless you answer the Petition within the time stated, judgment will be rendered against you with costs of this action.

    Issued this 13 day of December, 2021.

                          RICK WARREN, Court Clerk, COURT CLERK

                          By: [signature]

(SEAL)

Attorneys for Plaintiff:
JAMES A. BELOTE, OBA # 12558
JACK STIPE, OBA #17965
9400 Broadway Extension, Suite 420
Oklahoma City, Oklahoma 73114
(405) 607-1790

This summons was served on _____
                        (Date of service)

                                                  _____
                                                  Signature of person serving summons

    YOU MAY SEEK THE ADVICE OF AN ATTORNEY ON ANY MATTER CONNECTED WITH THIS SUIT OR YOUR ANSWER. SUCH ATTORNEY SHOULD BE CONSULTED IMMEDIATELY SO THAT AN ANSWER MAY BE FILED WITHIN THE TIME LIMIT STATED IN THE SUMMONS.